1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE VELEZ,                                    No.  2:19-cv-2410 KJM DB PS

12                    Plaintiff,

13           v.                                      ORDER

14    HARRY LUONG, et al.,

15

16                    Defendants.

17

18           Plaintiff Jose Velez is proceeding in this action pro se.  This matter was, therefore,

19    referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

20    (ECF No. 29.)  On February 6, 2020, defendant filed a motion to dismiss.  (ECF No. 7.)  The

21    motion is noticed for hearing before the undersigned on March 13, 2020.  Pursuant to Local Rule

22    230(c) plaintiff was to file an opposition or a statement of non-opposition to defendants' motion

23    "not less than fourteen (14) days preceding the noticed . . . hearing date."  Plaintiff, however, has

24    failed to file a timely opposition or statement of non-opposition.

25           The failure of a party to comply with the Local Rules or any order of the court "may be

26    grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or

27    within the inherent power of the Court."  Local Rule 110.  Any individual representing himself or

28    herself without an attorney is bound by the Federal Rules of Civil Procedure, the Local Rules, and

                                                   1

1 | all applicable law.  Local Rule 183(a).  Failure to comply with applicable rules and law may be

2 | grounds for dismissal or any other sanction appropriate under the Local Rules.  Id.

3 |       In light of plaintiff's pro se status, and in the interests of justice, the court will provide

4 | plaintiff with an opportunity to show good cause for plaintiff's conduct along with a final

5 | opportunity to oppose defendant's motion.

6 |       Accordingly, IT IS HEREBY ORDERED that:

7 |       1.  Plaintiff show cause in writing within fourteen days of the date of this order as to why

8 | this case should not be dismissed for lack of prosecution;

9 |       2.  The March 13, 2020 hearing of defendant's motion to dismiss (ECF No. 7) is

10 | continued to **Friday, April 10, 2020, at 10:00 a.m**., at the United States District Court, 501 I

11 | Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

12 |       3.  On or before **March 27, 2020**, plaintiff shall file an opposition or statement of non-

13 | opposition to defendant's motion[1]; and

14 |       4.  Plaintiff is cautioned that the failure to timely comply with this order may result in the

15 | recommendation that this case be dismissed.

16 | DATED:  March 4, 2020          /s/ DEBORAH BARNES

                             UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

---

27 | [1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules

28 | of Civil Procedure.