1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE VELEZ,                              No.  2:19-cv-2410 KJM DB PS

12                  Plaintiff,

13                                             ORDER AND
          v.                                   FINDINGS AND RECOMMENDATIONS
14
      HARRY LUONG, et al.,
15

16                  Defendants.

17

18          Plaintiff Jose Velez is proceeding in this action pro se.  This matter was, therefore,

19    referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

20    (ECF No. 29.)  On January 29, 2020, defendant Ramon Soltero filed an answer.  (ECF No. 4.)

21    On February 6, 2020, defendant Harry Luong filed a motion to dismiss.  (ECF No. 7.)  The

22    motion to dismiss is noticed for hearing before the undersigned on May 8, 2020.  (ECF No. 10.)

23          On March 5, 2020, the undersigned issued an order to show cause due to plaintiff's failure

24    to file an opposition or a statement of non-opposition to defendant's motion to dismiss.  (ECF No.

25    8.)  On March 6, 2020, plaintiff filed a notice of voluntary dismissal of defendant Harry Luong.

26    (ECF No. 9.)

27    ////

28    ////

                                             1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  Defendant's February 6, 2020 motion to dismiss (ECF No. 7) is denied without

3    prejudice to renewal as having been rendered moot; and

4    2.  The May 8, 2020 hearing of defendant's motion to dismiss is vacated.

5    Also, IT IS HEREBY RECOMMENDED that defendant Harry Luong be dismissed from

6    this action.

7    These findings and recommendations are submitted to the United States District Judge

8    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after

9    being served with these findings and recommendations, any party may file written objections with

10   the court and serve a copy on all parties.  Such a document should be captioned "Objections to

11   Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served

12   and filed within fourteen days after service of the objections.  The parties are advised that failure

13   to file objections within the specified time may waive the right to appeal the District Court's

14   order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

15   Dated:  April 15, 2020

16

17

18   DEBORAH BARNES
     UNITED STATES MAGISTRATE JUDGE

19

20

21

22   DLB:6
     DB/orders/orders.pro se/velez2410.vol.dism.f&rs

23

24

25

26

27

28

2