UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARRY LUONG, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-2410 KJM DB PS<br><br>ORDER AND<br><u>FINDINGS AND RECOMMENDATIONS</u> |

　　　　Plaintiff Jose Velez is proceeding in this action pro se.  This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  (ECF No. 29.)  On January 29, 2020, defendant Ramon Soltero filed an answer.  (ECF No. 4.)  On February 6, 2020, defendant Harry Luong filed a motion to dismiss.  (ECF No. 7.)

　　　　On March 5, 2020, the undersigned issued an order to show cause due to plaintiff's failure to file an opposition or a statement of non-opposition to the motion to dismiss.  (ECF No. 8.)  On March 6, 2020, plaintiff filed a notice of voluntary dismissal as to defendant Harry Luong only.  (ECF No. 9.)  Accordingly, on April 16, 2020, the undersigned issued findings and recommendations recommending that defendant Luong be dismissed from this action.  (ECF No. 11.)

　　　　But on April 17, 2020, plaintiff filed a request to withdraw plaintiff's request for voluntarily dismissal of defendant Luong and also filed opposition to defendant Luong's motion

1

to dismiss.  (ECF Nos. 12 & 13.)  Then on April 24, 2020, plaintiff filed a document moving "for voluntary dismissal **<u>WITH PREJUDICE</u>** . . . as to Co-Defendant Harry Luong on account of a settlement agreement, which was executed by all parties."  (ECF No. 14 at 1) (emphasis in original).  Plaintiff "apologies to the Court for . . . multiple filings involving Harry Luong."  (<u>Id.</u> at 2.)  Plaintiff's April 24, 2020 filing also requests the voluntary dismissal without prejudice of all remaining defendants in this action.  (<u>Id.</u> at 1.)  No opposition has been filed to plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED that the April 16, 2020 findings and recommendation (ECF No. 11) are vacated.

Also, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's April 24, 2020 request for voluntary dismissal (ECF No. 14) be granted;

2. Defendant Harry Luong be dismissed from this action with prejudice;

3. Defendants Melanie Walker, Mike Walker, and Ramon Soltero be dismissed from this action without prejudice; and

4. This action be closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  June 8, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.pro se/velez2410.vol.dism.f&rs2