UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VELEZ, | No. 2:19-cv-2410 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| HARRY LUONG, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On June 8, 2020, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. The time for filing objections has expired, and no party has filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 8, 2020 (ECF No. 15) are adopted in full;

2. Plaintiff's April 24, 2020 request for voluntary dismissal (ECF No. 14) is granted;

3. Defendant Harry Luong is dismissed from this action with prejudice;

4. Defendants Melanie Walker, Mike Walker, and Ramon Soltero are dismissed from this action without prejudice; and

5. This action is closed.

DATED: August 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE